in the penitentiary for the term of three years, he appeals, assigning as error the admission of certain testimony over his objections, permitting the alleged misconduct of the prosecuting attorney, and the giving and refusal of certain instructions. In *State* v. *Moore*, 32 Or. 65 (48 Pac. 468), the errors here assigned were duly considered and decided adversely to appellant's contention, and for the reasons given in that case, the judgment in the case at bar is affirmed.

AFFIRMED.

Decided December 7, 1897.

### TROTZKY v. INSURANCE COMPANY.

From Linn: GEO. H. BURNETT, Judge.

*Mr. J. K. Weatherford,* for appellant.

*Mr. O. H. Irvine,* for respondent.

MR. JUSTICE BEAN. The questions involved in this case are identical with those in the case of *Wicktorwitz* v. *Farmers' Insurance Company,* 31 Or. 569, and for the reasons given in the opinion in that case the judgment will be reversed and a new trial ordered.

REVERSED.

MR. JUSTICE WOLVERTON, being interested in the result, took no part in this decision.

### LEONARD v. COMPTON.

From Multnomah: HENRY E. McGINN, Judge.

Suit by Leonard & Huff to set aside as fraudulent a deed for certain land made by T. H. Compton to his

wife.    There was a decree for defendants on the merits.    Plaintiffs appeal.

DISMISSED.

*Mr. S. H. Haines*, for appellants.

*Mr. Richard W. Montague*, for respondents.

The parties having so agreed, the appeal herein was dismissed.    No opinion.

DISMISSED.

Decided January 11, 1898.

WORTHINGTON *v.* POSSON.

From Multnomah: LOYAL B. STEARNS, Judge.

Suit by W. H. Worthington against F. L. Posson for dissolution of a partnership and an accounting. Guy Posson appealed.

*Mr. Dell Stuart*, for appellant.

*Messrs. Williams, Wood & Linthicum*, for respondent.

Pursuant to stipulation of the parties, the appeal was dismissed.    No opinion.

DISMISSED.

Decided March 1, 1898.

DUFFY *v.* TOUT.

From Clackamas: THOS. A. McBRIDE, Judge.

*Messrs. Arthur C. Emmons*, and *Geo. J. Cameron,* for respondents.